**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DWAYNE ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-cv-02480-SPM |
| | ) | |
| LISA SANDERSON, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of the civil rights complaint filed by pro se plaintiff Dwayne Robison. (Docket No. 1). Plaintiff has not paid the filing fee or filed a motion for leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a)(1). As such, plaintiff will be directed to either pay the full $400 filing fee or to file a motion for leave to proceed in forma pauperis within **thirty (30) days** of the date of this order. If plaintiff files for leave to proceed in forma pauperis, he must submit a copy of his inmate account statement for the six-month period immediately preceding the filing of his complaint. *See* 28 U.S.C. § 1915(a)(2). Failure to comply with this order will result in the dismissal of this case without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to plaintiff a copy of the Court's Motion to Proceed in Forma Pauperis form.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or file a motion for leave to proceed in forma pauperis within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff files a motion for leave to proceed in forma pauperis, he must also submit a copy of his inmate account statement for the six-month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this order, the Court will dismiss this action without prejudice and without further notice. If the case is dismissed, the dismissal will not constitute a "strike" under 28 U.S.C. § 1915(g).

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of January, 2020.